THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMAH ELLIS, Appellant. [891 NYS2d 661]

The record establishes that the defendant executed a written waiver of his right to appeal and that such waiver was knowingly, intelligently, and voluntarily made (*see People v Ramos,* 7 NY3d 737 [2006]; *People v Love,* 67 AD3d 709 [2009]; *People v Taylor,* 17 AD3d 491 [2005]). The valid waiver of appeal forecloses appellate review of the defendant's claim regarding that branch of his omnibus motion which was to suppress identification testimony (*see People v Kemp,* 94 NY2d 831, 833 [1999]; *People v Eimers,* 63 AD3d 1177, 1178 [2009]; *People v Stanback,* 61 AD3d 785 [2009]; *People v Russell,* 60 AD3d 706 [2009]). Contrary to the defendant's contention, he was not sentenced as a predicate violent felony offender. In any event, his claim in that regard is foreclosed by his valid waiver of the right to appeal (*see People v Campbell,* 38 AD3d 677, 678 [2007]). Covello, J.P., Angiolillo, Balkin and Sgroi, JJ., concur.